UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                          Chapter 13

Bruce Slocum,                                   Case No. 8-22-70306-las

                        Debtor.
-------------------------------------------------------------x

ORDER PURSUANT TO (A) 11 U.S.C. § 362(d)(1) AND (d)(2) VACATING THE
AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a) AND (B) 11 U.S.C.
§ 1301(c) VACATING THE CO-DEBTOR STAY IMPOSED BY 11 U.S.C. § 1301(a)

Upon the motion, dated April 1, 2022 (the "Motion") [dkt. no. 15], of SN Servicing

Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Lodge Series

III Trust (the "Creditor"), for an order, pursuant to sections 362(d)(1), (d)(2) and 1301(c) of

title 11 of the United States Code (the "Bankruptcy Code"), vacating (i) the automatic stay

imposed in the above-captioned case by section 362(a) of the Bankruptcy Code and (ii) the co-

debtor stay imposed by section 1301(a) of the Bankruptcy Code, as to the Creditor's interest

in 55 Clifton Place, Port Jefferson Station, NY 11776 (the "Property") to allow the Creditor's

enforcement of its rights in, and remedies in and to, the Property; and due and proper notice

of the Motion having been made on all necessary parties; and there being no opposition to

the Motion; and upon all the proceedings had before the Court; and after due deliberation

and sufficient cause appearing; it is hereby

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that the automatic stay imposed in this case by section 362(a) of the

Bankruptcy Code is vacated under section 362(d)(1) and (d)(2) of the Bankruptcy Code as to

Creditor's interest in the Property to allow the Creditor's enforcement of its rights in, and

remedies in and to, the Property; and it is further

ORDERED that the stay imposed in this case with respect to the co-debtor, AnnMarie Slocum, by section 1301(a) of the Bankruptcy Code is vacated under section 1301(c) of the Bankruptcy Code as to Creditor's interest in the Property to allow the Creditor's enforcement of its rights in, and remedies in and to, the Property; and it is further

ORDERED that the Creditor shall notify the chapter 13 trustee of any surplus monies realized by any sale of the Property within ten (10) days of such sale.



Dated: April 28, 2022
Central Islip, New York

Louis A. Scarcella
United States Bankruptcy Judge